```
              IN THE UNITED STATES DISTRICT COURT FOR THE
                     SOUTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION
```

ANTHONY JERMAINE BROWN,                :
                                       :
       Plaintiff,                      :
                                       :
vs.                                    :   CIVIL ACTION 07-0405-WS-M
                                       :
JEFFREY WILLIAMS, et al,               :
                                       :
       Defendants.                     :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE and ORDERED this 28th day of February, 2008.


                                                s/WILLIAM H. STEELE
                                                UNITED STATES DISTRICT JUDGE